Michael F. Chekian, Esq.
(CA Bar No.165026)
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>  Norman P. Calalang;<br><br>  Deona P. Calalang<br><br>               Debtor(s)<br><br>Tizo Design, Inc.,<br><br>               Plaintiff(s)<br><br>v.<br><br>  Norman P. Calalang;<br><br>  Deona P. Calalang,<br><br>              Defendant(s) | **Chapter 7**<br>**Case No.: 1:19-bk-12563-VK**<br>**Adv. No.: 1:20-ap-01005-VK**<br><br>**PROOF OF SERVICE OF EXECUTED SUMMONS, ADVERSARY COMPLAINT AND JUDGE KAUFMAN'S STATUS CONFERENCE INSTRUCTIONS ON DEFENDANTS**<br><br>**Status Conference:**<br>**Date:   March 18, 2020**<br>**Time: 1:30 p.m.**<br>**Place: Ctrm. 301, 21041 Burbank Blvd., Woodland Hills, CA  91367** |

**TO:  HON. VICTORIA KAUFMAN:**

     Plaintiff Tizo Design, Inc., a California corporation ("Plaintiff") hereby submits the within proof of service on defendants in this action of the executed summons (docket 2-1), adversary complaint (docket 1) and Judge Kaufman's status conference instructions (docket 2) filed in this adversary proceeding.

DATED:  January 20, 2020                                     /s/ Michael F. Chekian
                                                                      Michael F. Chekian
                                                                        Chekian Law Office
                                                                       Attorneys for Plaintiff

**PROOF OF SERVICE OF SUMMONS, ADVERSARY COMPLAINT, ETC.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): Executed Summons, Adversary Complaint and Judge Kaufman's Status Conference Instructions
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __n/a_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _1/20/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Counsel for Debtors
Lauren Ross
2550 N Hollywood Way Ste 404
Burbank, CA 91505-5046

Defendant Norman P. Calalang
19162 Erwin Street
Tarzana, CA 91335

Defendant Deona P. Calalang
19162 Erwin Street
Tarzana, CA 91335

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2020 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**